# United States Bankruptcy Court
## Northern District of Georgia

In re  Ashikur Rahaman
       Aarti Chadha
_____
                              Debtor(s)

Case No. _____
Chapter   7

# PAYMENT ADVICES COVER SHEET
# UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,  __Ashikur Rahaman__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I,  __Aarti Chadha__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date _____

Signature _____
          **Ashikur Rahaman**
          Debtor

Date _____

Signature _____
          **Aarti Chadha**
          Joint Debtor

**mail.com**

# Dasher Fast Pay Transfer Initiated

**From:**   "DoorDash No-Reply" <no-reply@doordash.com>

**To:**   ashikurrahaman@mail.com

**Date:**   Oct 25, 2020 9:48:29 PM

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1201.43
Fee: $1.99
Transfer total: $1199.44

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash

**m**oil.com

---

## Deposit initiated.

| | |
|---|---|
| **From:** | "Postmates" <no-reply@fleet.postmates.com> |
| **To:** | ashikurrahaman@mail.com |
| **Date:** | Oct 25, 2020 9:38:46 PM |

---



Ashikur Rahaman
Go Online

# Deposit initiated.

Hello Ashikur,

We successfully initiated a transfer of 107.52 USD to your bank account. Most instant deposits will appear in your bank account within 15-30 minutes.

To view your deposit history, please go to fleet.postmates.com/settings

Help Center

Dashboard

**mɑil.com**

# Dasher Fast Pay Transfer Initiated

**From:**     "DoorDash No-Reply" <no-reply@doordash.com>

**To:**       ashikurrahaman@mail.com

**Date:**     Oct 18, 2020 10:50:57 PM

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1095.50
Fee: $1.99
Transfer total: $1093.51

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash

**m**ail.com

# Dasher Fast Pay Transfer Initiated

| **From:** | "DoorDash No-Reply" <no-reply@doordash.com> |
|---|---|
| **To:** | ashikurrahaman@mail.com |
| **Date:** | Oct 12, 2020 1:09:17 AM |

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1084.23
Fee: $1.99
Transfer total: $1082.24

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash

**mail.com**

## Deposit initiated.

**From:**    "Postmates" <no-reply@fleet.postmates.com>

**To:**    ashikurrahaman@mail.com

**Date:**    Oct 12, 2020 1:12:30 AM



Ashikur Rahaman
Go Online

# Deposit initiated.

Hello Ashikur,

We successfully initiated a transfer of 191.24 USD to your bank account. Most instant deposits will appear in your bank account within 15-30 minutes.

To view your deposit history, please go to fleet.postmates.com/settings

Help Center

Dashboard

# mail.com

# Dasher Fast Pay Transfer Initiated

**From:**    "DoorDash No-Reply" <no-reply@doordash.com>

**To:**    ashikurrahaman@mail.com

**Date:**    Sep 27, 2020 10:38:08 PM

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1104.23
Fee: $1.99
Transfer total: $1102.24

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash

**mail.com**

# Dasher Fast Pay Transfer Initiated

**From:**    "DoorDash No-Reply" <no-reply@doordash.com>

**To:**      ashikurrahaman@mail.com

**Date:**    Sep 20, 2020 9:55:34 PM

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1317.85
Fee: $1.99
Transfer total: $1315.86

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash

mail.com/Dasher Fast Pay Transfer Initiated

**m**ail.com

# Dasher Fast Pay Transfer Initiated

**From:**    "DoorDash No-Reply" <no-reply@doordash.com>

**To:**    ashikurrahaman@mail.com

**Date:**    Sep 13, 2020 11:02:05 PM

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1318.13
Fee: $1.99
Transfer total: $1316.14

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash



# Dasher Fast Pay Transfer Initiated

**From:**     "DoorDash No-Reply" <no-reply@doordash.com>

**To:**       ashikurrahaman@mail.com

**Date:**     Sep 7, 2020 3:04:38 AM

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1156.65
Fee: $1.99
Transfer total: $1154.66

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash

# mail.com

# Dasher Fast Pay Transfer Initiated

**From:**    "DoorDash No-Reply" <no-reply@doordash.com>

**To:**    ashikurrahaman@mail.com

**Date:**    Aug 31, 2020 1:03:50 AM

Hello Ashikur,

This email is to notify that you have successfully requested a Fast Pay transfer from the Dasher app. Depending on your bank, it can take up to one day for the amount to be reflected in your bank account.

Earnings available for transfer: $1200.49
Fee: $1.99
Transfer total: $1198.50

If you did not request such a transfer, please (1) immediately log in to your Dasher account and verify that your bank account information is accurate, (2) immediately update your password, and (3) contact us at www.doordash.com/help (select Dasher > Pay Support > Update Account/Bank Information).

Sincerely,

DoorDash